ALF HOLDING CORPORATION, Respondent, v. AMERICAN STOVE COMPANY, Appellant. DAVID WILLS and MARGARET WARDELL, Defendants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

HEWITT BARNUM, an Infant, by MYRA LOUISE MARCUS, His Guardian ad Litem, Respondent, v. THE OAKRIDGE GARAGE COMPANY, INC., Defendant, and ROBERT L. GREENE, Appellant.— Motion for stay of trial as against defendant Robert L. Greene granted upon condition that the appeal be brought on for argument on February fifteenth, for which date the case is set down; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

MIRIAM BARON, Respondent, v. MAX G. YOKEL and Others, Defendants. ALEXANDER GERSEN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

BAYUK CIGARS, INC., Appellant, v. CHARLES H. BUCKENMAIER, Respondent. ANNA BUCKENMAIER, Third Party, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

HENRY D. BRANDYCE and WALTER DORMITZER, Copartners, etc., Respondents, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

DAVID BRODSKY, Respondent, v. ELIAS BERNSTEIN and Others, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

PATRICK E. CALLAHAN, as Receiver of CASS & APFEL, Appellant, v. GUISIPPINA PARASCANDOLA, as Administratrix, etc., of JOSEPH AUDITORE, Deceased, Appellant. CHARLES L. APFEL and Others, Respondents, and JACK LOBSENZ, Defendant. — Upon consent, motion to resettle order dated June 28, 1928, granted, and order resettled by striking therefrom the words " no one appearing of Counsel for the respondents," and inserting in place thereof the words " submitted by Mr. Alfred B. Nathan of Counsel for the respondents." Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

LILLIAN CAPIE, Appellant, v. JAMES C. CAPIE and Others, Respondents.— Motion for reargument of motion for leave to appeal to the Court of Appeals granted, and upon reargument motion for leave to appeal to the Court of Appeals granted. Questions to be certified. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ. Settle order on notice.

WILLIAM J. CARROLL, Respondent, v. MICHAEL J. WALSH and EDWARD A. WALSH, Individually and as Officers and Directors of CARROLL & WALSH INK Co., INC., and CARWALL REALTY CORPORATION, etc., Appellants.— Motion for stay granted except that pending the appeal the property shall remain in the possession of the receiver in the premises in which it is now located. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.